UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| GREGORY HALLFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:15-CV-00006-MSH |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

ORDER

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request to remand this action for further development of the record by an administrative law judge (ALJ), this case is hereby remanded.

On remand, the ALJ will: 1) further evaluate the evidence and record, including reviewing the subsequent award; 2) fully evaluate claimant's medically determinable impairments at steps two and three of the sequential evaluation process and provide specific findings regarding Plaintiff's mental functioning using the special technique in accordance with agency policy; 3) reconsider Plaintiff's maximum residual functional capacity (RFC) and specifically cite to the evidence of record in support of assessed limitations and fully evaluate all opinion evidence from medical sources; and 5) reconsider Plaintiff's history of work activity and any ability to return to past relevant work at the skilled level.

Therefore, this Court hereby grants the Commissioner's motion (ECF No. 15), denies Plaintiff's motion (ECF No. 12) as moot, and reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). The clerk of the court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this 6th day of July, 2015.

/s/ Stephen Hyles
United States Magistrate Judge